Name: Michael J. Franchek IN Pro SE
Address: 2100 Park Ave #662822, Park City Utah 84068
Telephone: 435-659-7648

FILED US District Court-UT
SEP 27 '21 AM 11:48

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

Michael J Franchek

Plaintiff,

vs.

Park City Municipal Corp
Park City Police + officers

Defendant(s).

MOTION to/for: Unseal Brady Giglio Records from 3rd District

Case No: 2:21-CV-00563

Judge: ~~stricken~~ Pead, Justin B

I, Michael J. Franchek, representing myself without a lawyer, move to/for Unseal Brady Giglio Records on Ofc. Jim Rodrigues under the following statute(s)/rule(s) (if known) _____ for the following reason(s): These records show that defendant has a history of abuse of power, excessive force and presented a ☒ known liability and risk to the community - prior to this incident. These records are with Park City UT PD and Judge Shauna Kerr of Park City Municipal Court

_____

_____

_____

_____

_____

DATED: 9/27/21            .

_____
                                          Signature

CERTIFICATE OF SERVICE

I certify that on _____ a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to

at

                                          (Opposing party or counsel)

_____
(Address)

_____

_____

_____

Dated: _____

_____
                                          Signature