# EXHIBIT 1

SUMMIT COUNTY JUSTICE COURT
SUMMIT COUNTY, STATE OF UTAH

SALT LAKE CITY et al. vs. MICHAEL FRANCHEK

CASE NUMBER 201200366 Other Misdemeanor

CHARGES

    Charge 1 - 76-8-305 - INTERFERENCE WITH ARRESTING OFFICER - Class B Misdemeanor
    Offense Date: September 29, 2019
    Location: 48 Spalding Court, Park City
    Recommended Fine Amount: 680.00 Mandatory Appearance

    Charge 2 - 76-8-301.5 - FAILURE TO DISCLOSE IDENTITY - Class B Misdemeanor
    Offense Date: September 29, 2019
    Location: 48 Spalding Court, Park City
    Recommended Fine Amount: 680.00 Mandatory Appearance

    Charge 3 - 76-9-102 - DISORDERLY CONDUCT - Infraction
    Offense Date: September 29, 2019
    Location: 48 Spalding Court, Park City
    Recommended Fine Amount: 150.00

    Total recommended fine: 1,510.00

CURRENT ASSIGNED JUDGE
    SHAUNA L KERR

PARTIES
    Plaintiff - SALT LAKE CITY
    Represented by: PAIGE WILLIAMSON
    Represented by: SCOTT FISHER

    Plaintiff - SCOTT FISHER

    Defendant - MICHAEL FRANCHEK
    Represented by: RUDY BAUTISTA

DEFENDANT INFORMATION
    Defendant Name: MICHAEL FRANCHEK
    Date of Birth: August 29, 1964
    Law Enforcement Agency: PARK CITY POLICE
    LEA Case Number: Park City 201914818
    Prosecuting Agency: SALT LAKE CITY
    Agency Case Number: 19111862
    Arrest Date: September 29, 2019
    Violation Date: 09-29-2019

ACCOUNT SUMMARY

CASE NOTE

PROCEEDINGS

```
05-29-2020   Filed: INFORMATION/INDICTMENT ORIGINAL
05-29-2020   Filed: SUMMONS - TO ISSUE (PROPOSED)
05-29-2020   Case filed by efiler
05-29-2020   Filed: From an Information
05-29-2020   Judge SHAUNA L KERR assigned.
06-03-2020   Issued: Summons Issued
                 Clerk JANA MARCHANT
06-03-2020   Filed: Return of Electronic Notification
06-03-2020   ARRAIGNMENT scheduled on July 20, 2020 at 09:00 AM with Judge
             SHAUNA L KERR
06-04-2020   Filed: Return of Electronic Notification
07-17-2020   Filed: Appearance of Counsel/Notice of Limited Appearance Entry
             of Appearance
07-17-2020   Filed: Demand for Jury Trial - Criminal Jury Demand
07-17-2020   Filed: Request for Discovery Discovery Request
07-17-2020   Filed: Return of Electronic Notification
07-20-2020   ARRAIGNMENT Cancelled
             Reason: Def to obtain private counsel
07-22-2020   NOTICE for Case 201200366 ID 15878316
                 Judge: SHAUNA L KERR
             PRETRIAL CONFERENCE is scheduled.
                 Date: 09/02/2020
                 Time: 08:30 a.m.
                 Location: SUMMIT CTY COURTROOM
                 6300 JUSTICE CENTER ROAD
                 PARK CITY, UT 84098
                 Before Judge: SHAUNA L KERR
07-22-2020   PRETRIAL CONFERENCE scheduled on September 02, 2020 at 08:30 AM
             in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR
07-22-2020   Filed: Notice for Case 201200366 MO: Judge   SHAUNA L KERR
07-22-2020   Filed: Return of Electronic Notification
08-28-2020   Filed: Motion Plaintiffs request for discovery
                 Filed by: SCOTT FISHER
08-28-2020   Filed: reply to discovery
08-28-2020   Filed: Return of Electronic Notification
09-02-2020   PRETRIAL CONFERENCE scheduled on October 14, 2020 at 08:30 AM
             in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR
09-02-2020   Minute Entry - CONTINUANCE
                 Judge: SHAUNA L KERR
             PRESENT
                 Clerk: jenniep
                 Defendant not present
                 Defendant's Attorney(s): PETERSON, JESSICA
                 Audio
                 Tape Count: 8:35
             CONTINUANCE
                 Whose Motion:
                 The Stipulation of counsel.
             Reason for continuance:
                 Correct calendar
                 Prosecutor Scott Fisher present
             PRETRIAL CONFERENCE is scheduled.
                 Date: 10/14/2020
```

```
                Time: 08:30 a.m.
                Location: SUMMIT CTY COURTROOM
                6300 JUSTICE CENTER ROAD
                PARK CITY, UT 84098
                Before Judge: SHAUNA L KERR
09-02-2020  Filed order: CONTINUANCE
                Judge SHAUNA L KERR
                Signed September 02, 2020
09-02-2020  Filed: Return of Electronic Notification
10-14-2020  PRETRIAL CONFERENCE scheduled on December 02, 2020 at 08:30 AM
            in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR
10-14-2020  Minute Entry - CONTINUANCE
                Judge: SHAUNA L KERR
            PRESENT
                Clerk: jenniep
                Prosecutor: SCOTT FISHER
                Defendant not present
                Defendant's Attorney(s): PETERSON, JESSICA
                Audio
                Tape Count: 8:47
            CONTINUANCE
                Whose Motion:
                The Stipulation of counsel.
            Reason for continuance:
                Discovery problems
            PRETRIAL CONFERENCE is scheduled.
                Date: 12/02/2020
                Time: 08:30 a.m.
                Location: SUMMIT CTY COURTROOM
                6300 JUSTICE CENTER ROAD
                PARK CITY, UT 84098
                Before Judge: SHAUNA L KERR
10-14-2020  Filed order: CONTINUANCE
                Judge SHAUNA L KERR
                Signed October 14, 2020
10-14-2020  Filed: Return of Electronic Notification
12-02-2020  PRETRIAL CONFERENCE scheduled on January 06, 2021 at 08:30 AM
            in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR
12-02-2020  Minute Entry - CONTINUANCE
                Judge: SHAUNA L KERR
            PRESENT
                Clerk: jenniep
                Prosecutor: SCOTT FISHER
                Defendant Present
                Defendant's Attorney(s): JESSICA PETERSON
                Audio
                Tape Count: 8:48
            CONTINUANCE
                Whose Motion:
                The Stipulation of counsel.
            Reason for continuance:
                Correct calendar
```

|  |  |
|---|---|
|  | PRETRIAL CONFERENCE is scheduled.<br>   Date: 01/06/2021<br>   Time: 08:30 a.m.<br>   Before Judge: SHAUNA L KERR<br>   This hearing will not take place at the courthouse. It will be conducted remotely.<br>   Contact the court to provide your current email address.<br>   If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 12-02-2020 | Filed order: CONTINUANCE<br>   Judge SHAUNA L KERR<br>   Signed December 02, 2020 |
| 12-03-2020 | Filed: Return of Electronic Notification |
| 01-05-2021 | Filed: Motion Stipulated Motion to Continue<br>   Filed by: MICHAEL FRANCHEK |
| 01-05-2021 | Filed: Order (Proposed) Order to Continue |
| 01-05-2021 | Filed: Request/Notice to Submit Notice to Submit |
| 01-05-2021 | Filed: Return of Electronic Notification |
| 01-06-2021 | PRETRIAL CONFERENCE scheduled on February 24, 2021 at 08:30 AM in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR |
| 01-06-2021 | Minute Entry - CONTINUANCE<br>   Judge: SHAUNA L KERR<br>PRESENT<br>   Clerk: jenniep<br>   Prosecutor: SCOTT FISHER<br>   Defendant Present<br>   Defendant's Attorney(s): JESSICA PETERSON<br>   Audio<br>   Tape Count: 8:33<br>CONTINUANCE<br>   Whose Motion:<br>   The Stipulation of counsel.<br>Reason for continuance:<br>   Correct calendar<br>PRETRIAL CONFERENCE is scheduled.<br>   Date: 02/24/2021<br>   Time: 08:30 a.m.<br>   Before Judge: SHAUNA L KERR<br>   This hearing will not take place at the courthouse. It will be conducted remotely.<br>   Contact the court to provide your current email address.<br>   If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 01-07-2021 | Filed order: CONTINUANCE<br>   Judge SHAUNA L KERR<br>   Signed January 07, 2021 |
| 01-07-2021 | Filed order: Order to Continue<br>   Judge SHAUNA L KERR<br>   Signed January 07, 2021 |
| 01-07-2021 | Filed: Return of Electronic Notification |
| 01-07-2021 | Filed: Return of Electronic Notification |
| 02-24-2021 | PRETRIAL CONFERENCE scheduled on March 03, 2021 at 08:30 AM in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR |
| 02-24-2021 | Minute Entry - CONTINUANCE |

|            |                                                                    |
|------------|--------------------------------------------------------------------|
|            | Judge: SHAUNA L KERR                                               |
|            | PRESENT                                                            |
|            |    Clerk: jenniep                                   |
|            |    Prosecutor: SCOTT FISHER                         |
|            |    Defendant Present                                |
|            |    Defendant's Attorney(s): JESSICA PETERSON        |
|            |    Audio                                            |
|            |    Tape Count: 8:44                                 |
|            | CONTINUANCE                                                        |
|            |    Whose Motion:                                    |
|            |    The Stipulation of counsel.                      |
|            | Reason for continuance:                                            |
|            |    Correct calendar                                 |
|            | PRETRIAL CONFERENCE is scheduled.                                  |
|            |    Date: 03/03/2021                                 |
|            |    Time: 08:30 a.m.                                 |
|            |    Before Judge: SHAUNA L KERR                      |
|            |    This hearing will not take place at the courthouse. It will be conducted remotely. |
|            |    Contact the court to provide your current email address. |
|            |    If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 02-24-2021 | Filed order: CONTINUANCE                                           |
|            |    Judge SHAUNA L KERR                              |
|            |    Signed February 24, 2021                         |
| 02-25-2021 | Filed: Return of Electronic Notification                           |
| 03-02-2021 | Filed: Motion for Protective Order                                 |
|            |    Filed by: SALT LAKE CITY                         |
| 03-02-2021 | Filed: Order (Proposed) for Protective Order                       |
| 03-02-2021 | Filed: Return of Electronic Notification                           |
| 03-02-2021 | Filed order: Order for Protective Order                            |
|            |    Judge SHAUNA L KERR                              |
|            |    Signed March 02, 2021                            |
| 03-02-2021 | Filed: Return of Electronic Notification                           |
| 03-03-2021 | STATUS HEARING scheduled on May 12, 2021 at 08:30 AM with Judge SHAUNA L KERR |
| 03-03-2021 | Minute Entry - PRETRIAL CONFERENCE                                 |
|            |    Judge: SHAUNA L KERR                             |
|            | PRESENT                                                            |
|            |    Clerk: jenniep                                   |
|            |    Prosecutor: SCOTT FISHER                         |
|            |    Defendant Present                                |
|            |    Defendant's Attorney(s): JESSICA PETERSON        |
|            |    Audio                                            |
|            |    Tape Count: 8:39                                 |
|            |    No resolution, set for Jury trial                |
|            | STATUS HEARING is scheduled.                                       |
|            |    Date: 05/12/2021                                 |
|            |    Time: 08:30 a.m.                                 |
|            |    Before Judge: SHAUNA L KERR                      |
|            |    This hearing will not take place at the courthouse. It will be conducted remotely. |
|            |    Contact the court to provide your current email address. |

|            |                                                                                              |
|------------|----------------------------------------------------------------------------------------------|
|            | If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 03-03-2021 | Filed order: PRETRIAL CONFERENCE |
|            |   Judge SHAUNA L KERR |
|            |   Signed March 03, 2021 |
| 03-03-2021 | Filed: Return of Electronic Notification |
| 05-12-2021 | TRIAL-JURY scheduled on September 16, 2021 at 08:30 AM with Judge SHAUNA L KERR |
| 05-12-2021 | PRETRIAL CONFERENCE-JURY scheduled on August 25, 2021 at 08:30 AM with Judge SHAUNA L KERR |
| 05-12-2021 | Minute Entry - PRETRIAL CONFERENCE |
|            |  Judge: SHAUNA L KERR |
|            | PRESENT |
|            |  Clerk: jenniep |
|            |  Prosecutor: SCOTT FISHER |
|            |  Defendant Present |
|            |  Defendant pro se |
|            |  Defendant's Attorney(s): PETERSON, JESSICA |
|            |  Audio |
|            |  Tape Count: 8:35 |
|            |  No resolution, still requesting Jury trial, Jury trial setting on September 16th. |
|            | TRIAL-JURY is scheduled. |
|            |  Date: 09/16/2021 |
|            |  Time: 08:30 a.m. |
|            |  Before Judge: SHAUNA L KERR |
|            | PRETRIAL CONFERENCE-JURY is scheduled. |
|            |  Date: 08/25/2021 |
|            |  Time: 08:30 a.m. |
|            |  Before Judge: SHAUNA L KERR |
|            |  This hearing will not take place at the courthouse. It will be conducted remotely. |
|            |  Contact the court to provide your current email address. |
|            |  If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 05-12-2021 | Filed order: PRETRIAL CONFERENCE |
|            |   Judge SHAUNA L KERR |
|            |   Signed May 12, 2021 |
| 05-13-2021 | Filed: Return of Electronic Notification |
| 07-22-2021 | Filed: Appearance of Counsel/Notice of Limited Appearance in Substitution of Counsel |
| 07-22-2021 | Filed: Request for Discovery |
| 07-22-2021 | Filed: Return of Electronic Notification |
| 07-29-2021 | Filed: Motion to Withdraw Motion to Withdraw |
|            |  Filed by: MICHAEL FRANCHEK |
| 07-29-2021 | Filed: Order (Proposed) Order Allowing Withdrawal |
| 07-29-2021 | Filed: Request/Notice to Submit Notice to Submit |
| 07-29-2021 | Filed: Return of Electronic Notification |
| 08-02-2021 | Filed: Motion to Withdraw Amended Motion to Withdraw |
|            |  Filed by: MICHAEL FRANCHEK |
| 08-02-2021 | Filed: Order (Proposed) Amended Order Allowing Withdrawal |
| 08-02-2021 | Filed: Request/Notice to Submit Amended Notice to Submit |
| 08-02-2021 | Filed: Return of Electronic Notification |
| 08-03-2021 | Filed order: Order Allowing Withdrawal |

```
                    Judge SHAUNA L KERR
                    Signed August 03, 2021
08-03-2021   Filed: Return of Electronic Notification
08-04-2021   Filed order: Order Amended Order Allowing Withdrawal
                    Judge SHAUNA L KERR
                    Signed August 04, 2021
08-04-2021   Filed: Return of Electronic Notification
08-25-2021   MOTION HEARING scheduled on September 29, 2021 at 10:00 AM with
             Judge SHAUNA L KERR
08-25-2021   Minute Entry - CONTINUANCE
                 Judge: SHAUNA L KERR
             PRESENT
                 Clerk: jenniep
                 Prosecutor: SCOTT FISHER
                 Defendant Present
                 Defendant's Attorney(s): RUDY BAUTISTA
                 Audio
                 Tape Count: 8:35
             CONTINUANCE
                 Whose Motion:
                 The Defendant.
             Reason for continuance:
                 Discovery problems
                 Defendants Attorney Bautista requests Jury trial to be
                 stricken.
             MOTION HEARING is scheduled.
                 Date: 09/29/2021
                 Time: 10:00 a.m.
                 Before Judge: SHAUNA L KERR
                 This hearing will not take place at the courthouse. It will
                 be conducted remotely.
                 Contact the court to provide your current email address.
                 If you do not have access to a phone or other electronic
                 device to appear remotely, notify the court.
08-25-2021   TRIAL-JURY Cancelled
             Reason: Case continued
08-25-2021   Filed order: CONTINUANCE
                    Judge SHAUNA L KERR
                    Signed August 25, 2021
08-25-2021   Filed: Return of Electronic Notification
09-21-2021   Filed: Motion To Dismiss for Failure to Provide Discovery
                    Filed by: MICHAEL FRANCHEK
09-21-2021   Filed: Return of Electronic Notification
09-27-2021   Filed: Memorandum Response to Defense Motion to Dismiss
09-27-2021   Filed: Order (Proposed) Proposed Order
09-27-2021   Filed: Return of Electronic Notification
09-29-2021   Minute Entry - CONTINUANCE
                 Judge: SHAUNA L KERR
             PRESENT
                 Clerk: nicic
                 Prosecutor: SCOTT FISHER
                 Defendant not present
                 Audio
```

| | |
|---|---|
| | Tape Number: 10:08 |
| | CONTINUANCE |
| |     Whose Motion: |
| |     The Court Judge Kerr. |
| | Reason for continuance: |
| |     Court Ordered |
| |     The motion is granted. |
| | HEARING |
| |     Hearing via Webex. Scott Fisher appeared as the prosecutor. Case originally called at 10:08. Neither the defendant nor defense counsel was present when the case was called. Judge will recall the case at 10:15 am. Defendant had been logged into the Webex earlier this date and was told via chat by the clerk to rejoin the hearing prior to 10:00 am. Case was recalled at 10:15 am. The defendant and counsel still were not present. The court attempted to make contact with Attorney Bautista via email at 10:19 am. Motion by Attorney Fisher to strike the hearing due the the failure to appear was granted. At 10:28 Attorney Overson logged in to cover for Attorney Bautista. Judge made an order to strike the defense's motion due to the failure to appear. Case was continued. Defense will need to refile the motion. Defendant logged back into the hearing at 10:30 and was advised that the case had been continued. |
| | MOTION HEARING. |
| |     Date: 10/27/2021 |
| |     Time: 10:00 a.m. |
| |     Before Judge: SHAUNA L KERR |
| |     This hearing will not take place at the courthouse. It will be conducted remotely. |
| |     Contact the court to provide your current email address. |
| |     If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 09-29-2021 | MOTION HEARING scheduled on October 27, 2021 at 10:00 AM in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR |
| 09-30-2021 | Filed order: CONTINUANCE<br>    Judge SHAUNA L KERR<br>    Signed September 30, 2021 |
| 09-30-2021 | Filed: Return of Electronic Notification |
| 10-06-2021 | Minute Entry - HEARING |
| |     Judge: SHAUNA L KERR |
| | PRESENT |
| |     Clerk: jenniep |
| |     Prosecutor: SCOTT FISHER |
| |     Defendant Present |
| |     Defendant's Attorney(s): RUDY BAUTISTA |
| |     Audio |
| |     Tape Count: 4:10 |
| | HEARING |
| |     TIME: 4:11 PM Prosecutor Scott Fisher, Attorney Rudy Bautista and the defendant appeared via webex. Judge requested the hearing to discuss the discovery issues. Judge orders that the Prosecutor provide body cam and police reports as copy 2. Judge requests another webex hearing on Friday October 8th at 8:30 am and would like Attorney Peterson to be on the meeting as well to obtain the location of copy 1. |
| 10-07-2021 | Filed order: HEARING<br>    Judge SHAUNA L KERR |

| | |
|---|---|
| | Signed October 07, 2021 |
| 10-08-2021 | Filed: Return of Electronic Notification |
| 10-08-2021 | Note: Def called for link for court this morning. He is travelling to Moab today. |
| 10-08-2021 | Minute Entry - HEARING |

    Judge: SHAUNA L KERR

  PRESENT

    Clerk: jenniep
    Prosecutor: SCOTT FISHER
    Defendant Present
    Defendant's Attorney(s): RUDY BAUTISTA
    Audio
    Tape Count: 8:59

  HEARING

    TIME: 9:00 AM Prosecutor Scott Fisher, Attorney Rudy Bautista, Attorney Jessica Peterson and Defendant Michael Franchek appeared via webex. Attorney Peterson has no physical copy of the protected information. It is in her inbox. She will forward it to Attorney Bautista and CC Prosecutor Fisher. Order from the court Attorney Bautista will pick up the discovery that is on a thumb drive from Attorney Peterson. To be picked up by Monday at noon.

| | |
|---|---|
| 10-08-2021 | Filed order: HEARING |

    Judge SHAUNA L KERR
    Signed October 08, 2021

| | |
|---|---|
| 10-08-2021 | Filed: Return of Electronic Notification |
| 10-27-2021 | Filed: Motion to Suppress Evidence Due to Illegal Seizure |

    Filed by: MICHAEL FRANCHEK

| | |
|---|---|
| 10-27-2021 | Filed: Return of Electronic Notification |
| 10-27-2021 | SUPPRESSION HEARING scheduled on December 15, 2021 at 01:00 PM with Judge SHAUNA L KERR |