# EXHIBIT 2

Sim Gill, Bar No. 6389
Salt Lake City Prosecutor
Scott A. Fisher, Bar No. 6728
1st Assistant City Prosecutor
Office of the Salt Lake City Prosecutor
35 East 500 South, 2nd Floor
Salt Lake City, Utah 84111
Telephone: 385-468-7900

---

### IN THE JUSTICE COURT IN AND FOR PARK CITY
### SUMMIT COUNTY, STATE OF UTAH

---

| | |
|---|---|
| SALT LAKE CITY, a Municipal Corporation, on behalf of Park City Municipal Corporation, and the State of Utah, <br><br>        Plaintiff, <br><br> vs. <br><br> MICHAEL FRANCHEK <br> AKA: <br> 48 Spalding Court <br> Park City, UT 84060 <br> DOB: 08/29/1964, <br><br>        Defendant. | **INFORMATION** <br><br> Court Case Number <br> LEO No. Park City 201914818 <br> Citation No. <br> Judge <br> OTN #: <br> SO #: |

STATE OF UTAH    )
                   ) ss.
SALT LAKE CITY   )

    The undersigned complainant, PARK CITY POLICE DEPARTMENT, – Agency Case No. SL201914818, under oath states on information and belief that the above-named defendant, committed the crime(s) of:

**COUNT 1**: INTERFERENCE WITH ARRESTING PEACE OFFICER, a violation of Utah Code Ann. § 76-8-305, a Class B Misdemeanor, at 48 SPALDING COURT, PARK CITY, UT 84060 in Park City, State of Utah, on or about September 29, 2019, in that the defendant did interfere with the arrest or detention of himself/herself or another person by the use of force or any weapon; or, by his/her refusal to perform any act required by a lawful order that was necessary to effect the arrest or detention and was made by a peace officer involved in the arrest or detention; or, by his/her refusal to refrain from performing any act that would impede the arrest or detention. In violation of Utah Code 76-8-305.

**Notification regarding instrumentalities of the offense:** The defendant is advised that the City will seek forfeiture of items used in a crime (i.e., guns) or which may not be legally possessed (i.e., paraphernalia). See generally, Utah Code Title 24, "Forfeiture And Disposition of Property Act", and specifically, UCA sections 24-3-103 & 24-4-105, and related provisions.

SLC / PC V. FRANCHEK
Park City LEA# 201914818
PAGE 2/2

**COUNT 2**: FAILURE TO DISCLOSE IDENTITY, in violation of Utah Code Ann. 76-8-301.5, a Class B Misdemeanor, at 48 SPALDING CT, PARK CITY, UT 84060 in Salt Lake City, State of Utah, on or about September 29, 2019, in that the defendant did , while lawfully subjected to a stop as described in Section 77-7-15, fail to disclose defendant's name following a demand by a peace officer for disclosure of defendant's name.

**COUNT 3**: DISORDERLY CONDUCT CREATING OFFENSIVE CONDITION, a violation of Utah Code Ann. § 76-9-102, an Infraction, at 48 SPALDING CT, PARK CITY, UT 84060 in Salt Lake City, State of Utah, on or about September 29, 2019, in that the defendant did knowingly created a hazardous or physically offensive condition, by any act which served no legitimate purpose; or intending to cause public inconvenience, annoyance, or alarm, or recklessly creating a risk thereof: he/she engaged in fighting or in violent, tumultuous, or threatening behavior; or, he/she made unreasonable noises in a public place; or, he/she made unreasonable noises in a private place which could be heard in a public place.

Pursuant to Utah Code Annotated § 78B-18a-106 (2018) (or its successor), I declare under criminal penalty, under the law of the State of Utah, that the foregoing is true and correct.

Signed on the ___21___ day of ___MAY___ ,
                                      (Month)(

___2020___ , at ___PARK CITY___
(Year)               (City or other location)

___UTAH___
(State or Country)

BY:

___DARWIN LITTLE___
PRINTED NAME

_____
Complainant Signature

Authorized for presentment and filing:
Sim Gill, City Prosecutor
BY:                                    **Scott**      Digitally signed
                                       **Fisher**     by Scott Fisher
                                                      Date: 2020.05.22
                                                      09:25:49 -06'00'

_____
Scott A. Fisher, Bar No. 6728
1st Assistant Salt Lake City Prosecutor

_____ , _____.

## **CERTIFICATE OF DELIVERY**

I hereby certify that on the 29th day of May 2020, I delivered a true and correct copy of

the foregoing **INFORMATION** to the entity/person listed below by:

(x) U.S. Mail, () Electronic Filing


()        Attorney for the Defendant –


(x)       Defendant
          Michael  Franchek
          48 Spalding Court
          Park City, UT 84060



*/s/    Kelli Morris*
Office of the Salt Lake City Prosecutor
35 East 500 South, 2nd Floor
Salt Lake City, Utah 84111
Telephone: 385-468-7900