# EXHIBIT 3

Sim Gill, Bar No. 6389
SALT LAKE CITY PROSECUTOR
Scott A. Fisher, Bar No. 06728
First Assistant City Prosecutor
Salt Lake City Prosecutor's Office
35 East 500 South, 2nd floor
Salt Lake City, Utah 84111

### IN THE PARK CITY JUSTICE COURT
### IN AND FOR THE CITY OF PARK CITY, STATE OF UTAH

| | |
|---|---|
| SALT LAKE CITY,<br>　　　　　　Plaintiff,<br>vs.<br>MICHAEL FRANCHEK,<br>　　　　　　Defendant. | **MOTION FOR PROTECTIVE ORDER**<br><br>Case No. 201200366<br><br>JUDGE KERR |

　　　　The City of Salt Lake, through its counsel, SIM GILL, Salt Lake City Prosecutor, and Scott Fisher, First Assistant City Prosecutor, hereby submits this Motion for a Protective Order as to all materials regarding current or former Park City Police Officers involved in the above mentioned case in order to protect privacy interests and confidential documents from unnecessary disclosure.

RESPECTFULLY SUBMITTED this 1st day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　/s/ Scott Fisher
　　　　　　　　　　　　　　　　　　　Scott Fisher
　　　　　　　　　　　　　　　　　　　First Assistant City Prosecutor

## **CERTIFICATE OF DELIVERY**

      I hereby certify that I caused to be delivered via e-filing and email, a true and correct copy of the foregoing MOTION FOR PROTECTIVE ORDER to Attorney for Defendant Jessica Winters-Peterson at e-mail of record via efiling on March 1, 2021.

      /s/ Scott Fisher

_____