# Exhibit A

```
                    SUMMIT COUNTY JUSTICE COURT
                    SUMMIT COUNTY, STATE OF UTAH


               SALT LAKE CITY et al. vs. MICHAEL FRANCHEK
CASE NUMBER 201200366 Other Misdemeanor
```

CHARGES
```
        Charge 1 - 76-8-305 - INTERFERENCE WITH ARRESTING OFFICER - Class B Misdemeanor
        Offense Date: September 29, 2019
        Location: 48 Spalding Court, Park City
        Recommended Fine Amount: 680.00 Mandatory Appearance

        Charge 2 - 76-8-301.5 - FAILURE TO DISCLOSE IDENTITY - Class B Misdemeanor
        Offense Date: September 29, 2019
        Location: 48 Spalding Court, Park City
        Recommended Fine Amount: 680.00 Mandatory Appearance

        Charge 3 - 76-9-102 - DISORDERLY CONDUCT - Infraction
        Offense Date: September 29, 2019
        Location: 48 Spalding Court, Park City
        Recommended Fine Amount: 150.00

        Total recommended fine: 1,510.00
```

CURRENT ASSIGNED JUDGE
```
        SHAUNA L KERR
```

PARTIES
```
        Plaintiff - SALT LAKE CITY
        Represented by: PAIGE WILLIAMSON
        Represented by: SCOTT FISHER

        Plaintiff - SCOTT FISHER

        Defendant - MICHAEL FRANCHEK
        Represented by: RUDY BAUTISTA
```

DEFENDANT INFORMATION
```
        Defendant Name: MICHAEL FRANCHEK
        Date of Birth: August 29, 1964
        Law Enforcement Agency: PARK CITY POLICE
        LEA Case Number: Park City 201914818
        Prosecuting Agency: SALT LAKE CITY
        Agency Case Number: 19111862
        Arrest Date: September 29, 2019
        Violation Date: 09-29-2019
```

ACCOUNT SUMMARY

CASE NOTE


PROCEEDINGS

```
05-29-2020    Filed: INFORMATION/INDICTMENT ORIGINAL
05-29-2020    Filed: SUMMONS - TO ISSUE (PROPOSED)
05-29-2020    Case filed by efiler
05-29-2020    Filed: From an Information
05-29-2020    Judge SHAUNA L KERR assigned.
06-03-2020    Issued: Summons Issued
                  Clerk JANA MARCHANT
06-03-2020    Filed: Return of Electronic Notification
06-03-2020    ARRAIGNMENT scheduled on July 20, 2020 at 09:00 AM with Judge
              SHAUNA L KERR
06-04-2020    Filed: Return of Electronic Notification
07-17-2020    Filed: Appearance of Counsel/Notice of Limited Appearance Entry
              of Appearance
07-17-2020    Filed: Demand for Jury Trial - Criminal Jury Demand
07-17-2020    Filed: Request for Discovery Discovery Request
07-17-2020    Filed: Return of Electronic Notification
07-20-2020    ARRAIGNMENT Cancelled
              Reason: Def to obtain private counsel
07-22-2020    NOTICE for Case 201200366 ID 15878316
                  Judge: SHAUNA L KERR
              PRETRIAL CONFERENCE is scheduled.
                  Date: 09/02/2020
                  Time: 08:30 a.m.
                  Location: SUMMIT CTY COURTROOM
                  6300 JUSTICE CENTER ROAD
                  PARK CITY, UT 84098
                  Before Judge: SHAUNA L KERR
07-22-2020    PRETRIAL CONFERENCE scheduled on September 02, 2020 at 08:30 AM
              in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR
07-22-2020    Filed: Notice for Case 201200366 MO: Judge    SHAUNA L KERR
07-22-2020    Filed: Return of Electronic Notification
08-28-2020    Filed: Motion Plaintiffs request for discovery
                      Filed by: SCOTT FISHER
08-28-2020    Filed: reply to discovery
08-28-2020    Filed: Return of Electronic Notification
09-02-2020    PRETRIAL CONFERENCE scheduled on October 14, 2020 at 08:30 AM
              in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR
09-02-2020    Minute Entry - CONTINUANCE
                  Judge: SHAUNA L KERR
              PRESENT
                  Clerk: jenniep
                  Defendant not present
                  Defendant's Attorney(s): PETERSON, JESSICA
                  Audio
                  Tape Count: 8:35
              CONTINUANCE
                  Whose Motion:
                  The Stipulation of counsel.
              Reason for continuance:
                  Correct calendar
                  Prosecutor Scott Fisher present
              PRETRIAL CONFERENCE is scheduled.
                  Date: 10/14/2020
```

```
                    Time: 08:30 a.m.
                    Location: SUMMIT CTY COURTROOM
                    6300 JUSTICE CENTER ROAD
                    PARK CITY, UT 84098
                    Before Judge: SHAUNA L KERR
09-02-2020    Filed order: CONTINUANCE
                    Judge SHAUNA L KERR
                    Signed September 02, 2020
09-02-2020    Filed: Return of Electronic Notification
10-14-2020    PRETRIAL CONFERENCE scheduled on December 02, 2020 at 08:30 AM
              in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR
10-14-2020    Minute Entry - CONTINUANCE
                  Judge: SHAUNA L KERR
              PRESENT
                  Clerk: jenniep
                  Prosecutor: SCOTT FISHER
                  Defendant not present
                  Defendant's Attorney(s): PETERSON, JESSICA
                  Audio
                  Tape Count: 8:47
              CONTINUANCE
                  Whose Motion:
                  The Stipulation of counsel.
              Reason for continuance:
                  Discovery problems
              PRETRIAL CONFERENCE is scheduled.
                  Date: 12/02/2020
                  Time: 08:30 a.m.
                  Location: SUMMIT CTY COURTROOM
                  6300 JUSTICE CENTER ROAD
                  PARK CITY, UT 84098
                  Before Judge: SHAUNA L KERR
10-14-2020    Filed order: CONTINUANCE
                    Judge SHAUNA L KERR
                    Signed October 14, 2020
10-14-2020    Filed: Return of Electronic Notification
12-02-2020    PRETRIAL CONFERENCE scheduled on January 06, 2021 at 08:30 AM
              in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR
12-02-2020    Minute Entry - CONTINUANCE
                  Judge: SHAUNA L KERR
              PRESENT
                  Clerk: jenniep
                  Prosecutor: SCOTT FISHER
                  Defendant Present
                  Defendant's Attorney(s): JESSICA PETERSON
                  Audio
                  Tape Count: 8:48
              CONTINUANCE
                  Whose Motion:
                  The Stipulation of counsel.
              Reason for continuance:
                  Correct calendar
```

|            |                                                                              |
|------------|------------------------------------------------------------------------------|
|            | PRETRIAL CONFERENCE is scheduled.                                            |
|            |    Date: 01/06/2021                                           |
|            |    Time: 08:30 a.m.                                           |
|            |    Before Judge: SHAUNA L KERR                                |
|            |    This hearing will not take place at the courthouse. It will be conducted remotely. |
|            |    Contact the court to provide your current email address.   |
|            |    If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 12-02-2020 | Filed order: CONTINUANCE                                                     |
|            |    Judge SHAUNA L KERR                                        |
|            |    Signed December 02, 2020                                   |
| 12-03-2020 | Filed: Return of Electronic Notification                                     |
| 01-05-2021 | Filed: Motion Stipulated Motion to Continue                                  |
|            |    Filed by: MICHAEL FRANCHEK                                 |
| 01-05-2021 | Filed: Order (Proposed) Order to Continue                                    |
| 01-05-2021 | Filed: Request/Notice to Submit Notice to Submit                             |
| 01-05-2021 | Filed: Return of Electronic Notification                                     |
| 01-06-2021 | PRETRIAL CONFERENCE scheduled on February 24, 2021 at 08:30 AM in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR |
| 01-06-2021 | Minute Entry - CONTINUANCE                                                   |
|            |    Judge: SHAUNA L KERR                                       |
|            | PRESENT                                                                      |
|            |    Clerk: jenniep                                             |
|            |    Prosecutor: SCOTT FISHER                                   |
|            |    Defendant Present                                          |
|            |    Defendant's Attorney(s): JESSICA PETERSON                  |
|            |    Audio                                                      |
|            |    Tape Count: 8:33                                           |
|            | CONTINUANCE                                                                  |
|            |    Whose Motion:                                              |
|            |    The Stipulation of counsel.                                |
|            | Reason for continuance:                                                      |
|            |    Correct calendar                                           |
|            | PRETRIAL CONFERENCE is scheduled.                                            |
|            |    Date: 02/24/2021                                           |
|            |    Time: 08:30 a.m.                                           |
|            |    Before Judge: SHAUNA L KERR                                |
|            |    This hearing will not take place at the courthouse. It will be conducted remotely. |
|            |    Contact the court to provide your current email address.   |
|            |    If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 01-07-2021 | Filed order: CONTINUANCE                                                     |
|            |    Judge SHAUNA L KERR                                        |
|            |    Signed January 07, 2021                                    |
| 01-07-2021 | Filed order: Order to Continue                                               |
|            |    Judge SHAUNA L KERR                                        |
|            |    Signed January 07, 2021                                    |
| 01-07-2021 | Filed: Return of Electronic Notification                                     |
| 01-07-2021 | Filed: Return of Electronic Notification                                     |
| 02-24-2021 | PRETRIAL CONFERENCE scheduled on March 03, 2021 at 08:30 AM in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR |
| 02-24-2021 | Minute Entry - CONTINUANCE                                                   |

```
                 Judge: SHAUNA L KERR
              PRESENT
                 Clerk: jenniep
                 Prosecutor: SCOTT FISHER
                 Defendant Present
                 Defendant's Attorney(s): JESSICA PETERSON
                 Audio
                 Tape Count: 8:44
              CONTINUANCE
                 Whose Motion:
                 The Stipulation of counsel.
              Reason for continuance:
                 Correct calendar
              PRETRIAL CONFERENCE is scheduled.
                 Date: 03/03/2021
                 Time: 08:30 a.m.
                 Before Judge: SHAUNA L KERR
                 This hearing will not take place at the courthouse. It will
                 be conducted remotely.
                 Contact the court to provide your current email address.
                 If you do not have access to a phone or other electronic
                 device to appear remotely, notify the court.
02-24-2021    Filed order: CONTINUANCE
                  Judge SHAUNA L KERR
                  Signed February 24, 2021
02-25-2021    Filed: Return of Electronic Notification
03-02-2021    Filed: Motion for Protective Order
                  Filed by: SALT LAKE CITY
03-02-2021    Filed: Order (Proposed) for Protective Order
03-02-2021    Filed: Return of Electronic Notification
03-02-2021    Filed order: Order for Protective Order
                  Judge SHAUNA L KERR
                  Signed March 02, 2021
03-02-2021    Filed: Return of Electronic Notification
03-03-2021    STATUS HEARING scheduled on May 12, 2021 at 08:30 AM with Judge
              SHAUNA L KERR
03-03-2021    Minute Entry - PRETRIAL CONFERENCE
                 Judge: SHAUNA L KERR
              PRESENT
                 Clerk: jenniep
                 Prosecutor: SCOTT FISHER
                 Defendant Present
                 Defendant's Attorney(s): JESSICA PETERSON
                 Audio
                 Tape Count: 8:39
                 No resolution, set for Jury trial
              STATUS HEARING is scheduled.
                 Date: 05/12/2021
                 Time: 08:30 a.m.
                 Before Judge: SHAUNA L KERR
                 This hearing will not take place at the courthouse. It will
                 be conducted remotely.
                 Contact the court to provide your current email address.
```

|            |                                                                                                         |
|------------|---------------------------------------------------------------------------------------------------------|
|            | If you do not have access to a phone or other electronic device to appear remotely, notify the court.   |
| 03-03-2021 | Filed order: PRETRIAL CONFERENCE                                                                        |
|            |     Judge SHAUNA L KERR                                                             |
|            |     Signed March 03, 2021                                                           |
| 03-03-2021 | Filed: Return of Electronic Notification                                                                |
| 05-12-2021 | TRIAL-JURY scheduled on September 16, 2021 at 08:30 AM with Judge SHAUNA L KERR                         |
| 05-12-2021 | PRETRIAL CONFERENCE-JURY scheduled on August 25, 2021 at 08:30 AM with Judge SHAUNA L KERR              |
| 05-12-2021 | Minute Entry - PRETRIAL CONFERENCE                                                                      |
|            |     Judge: SHAUNA L KERR                                                            |
|            | PRESENT                                                                                                 |
|            |   Clerk: jenniep                                                                              |
|            |   Prosecutor: SCOTT FISHER                                                                    |
|            |   Defendant Present                                                                           |
|            |   Defendant pro se                                                                            |
|            |   Defendant's Attorney(s): PETERSON, JESSICA                                                  |
|            |   Audio                                                                                       |
|            |   Tape Count: 8:35                                                                            |
|            |   No resolution, still requesting Jury trial,  Jury trial setting on September 16th.          |
|            | TRIAL-JURY is scheduled.                                                                                |
|            |     Date: 09/16/2021                                                                |
|            |     Time: 08:30 a.m.                                                                |
|            |     Before Judge: SHAUNA L KERR                                                     |
|            | PRETRIAL CONFERENCE-JURY is scheduled.                                                                  |
|            |     Date: 08/25/2021                                                                |
|            |     Time: 08:30 a.m.                                                                |
|            |     Before Judge: SHAUNA L KERR                                                     |
|            |     This hearing will not take place at the courthouse. It will be conducted remotely. |
|            |     Contact the court to provide your current email address.                        |
|            |     If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 05-12-2021 | Filed order: PRETRIAL CONFERENCE                                                                        |
|            |     Judge SHAUNA L KERR                                                             |
|            |     Signed May 12, 2021                                                             |
| 05-13-2021 | Filed: Return of Electronic Notification                                                                |
| 07-22-2021 | Filed: Appearance of Counsel/Notice of Limited Appearance in Substitution of Counsel                    |
| 07-22-2021 | Filed: Request for Discovery                                                                            |
| 07-22-2021 | Filed: Return of Electronic Notification                                                                |
| 07-29-2021 | Filed: Motion to Withdraw Motion to Withdraw                                                            |
|            |     Filed by: MICHAEL FRANCHEK                                                      |
| 07-29-2021 | Filed: Order (Proposed) Order Allowing Withdrawal                                                       |
| 07-29-2021 | Filed: Request/Notice to Submit Notice to Submit                                                        |
| 07-29-2021 | Filed: Return of Electronic Notification                                                                |
| 08-02-2021 | Filed: Motion to Withdraw Amended Motion to Withdraw                                                    |
|            |     Filed by: MICHAEL FRANCHEK                                                      |
| 08-02-2021 | Filed: Order (Proposed) Amended Order Allowing Withdrawal                                               |
| 08-02-2021 | Filed: Request/Notice to Submit Amended Notice to Submit                                                |
| 08-02-2021 | Filed: Return of Electronic Notification                                                                |
| 08-03-2021 | Filed order: Order Allowing Withdrawal                                                                  |

```
                 Judge SHAUNA L KERR
                 Signed August 03, 2021
08-03-2021   Filed: Return of Electronic Notification
08-04-2021   Filed order: Order Amended Order Allowing Withdrawal
                 Judge SHAUNA L KERR
                 Signed August 04, 2021
08-04-2021   Filed: Return of Electronic Notification
08-25-2021   MOTION HEARING scheduled on September 29, 2021 at 10:00 AM with
             Judge SHAUNA L KERR
08-25-2021   Minute Entry - CONTINUANCE
                 Judge: SHAUNA L KERR
             PRESENT
                 Clerk: jenniep
                 Prosecutor: SCOTT FISHER
                 Defendant Present
                 Defendant's Attorney(s): RUDY BAUTISTA
                 Audio
                 Tape Count: 8:35
             CONTINUANCE
                 Whose Motion:
                 The Defendant.
             Reason for continuance:
                 Discovery problems
                 Defendants Attorney Bautista requests Jury trial to be
                 stricken.
             MOTION HEARING is scheduled.
                 Date: 09/29/2021
                 Time: 10:00 a.m.
                 Before Judge: SHAUNA L KERR
                 This hearing will not take place at the courthouse. It will
                 be conducted remotely.
                 Contact the court to provide your current email address.
                 If you do not have access to a phone or other electronic
                 device to appear remotely, notify the court.
08-25-2021   TRIAL-JURY Cancelled
             Reason: Case continued
08-25-2021   Filed order: CONTINUANCE
                 Judge SHAUNA L KERR
                 Signed August 25, 2021
08-25-2021   Filed: Return of Electronic Notification
09-21-2021   Filed: Motion To Dismiss for Failure to Provide Discovery
                 Filed by: MICHAEL FRANCHEK
09-21-2021   Filed: Return of Electronic Notification
09-27-2021   Filed: Memorandum Response to Defense Motion to Dismiss
09-27-2021   Filed: Order (Proposed) Proposed Order
09-27-2021   Filed: Return of Electronic Notification
09-29-2021   Minute Entry - CONTINUANCE
                 Judge: SHAUNA L KERR
             PRESENT
                 Clerk: nicic
                 Prosecutor: SCOTT FISHER
                 Defendant not present
                 Audio
```

        Tape Number: 10:08

    CONTINUANCE

        Whose Motion:

        The Court Judge Kerr.

    Reason for continuance:

        Court Ordered

        The motion is granted.

    HEARING

        Hearing via Webex.  Scott Fisher appeared as the prosecutor. Case originally called at 10:08.  Neither the defendant nor defense counsel was present when the case was called.  Judge will recall the case at 10:15 am.  Defendant had been logged into the Webex earlier this date and was told via chat by the clerk to rejoin the hearing prior to 10:00 am. Case was recalled at 10:15 am.  The defendant and counsel still were not present.  The court attempted to make contact with Attorney Bautista via email at 10:19 am. Motion by Attorney Fisher to strike the hearing due the the failure to appear was granted. At 10:28 Attorney Overson logged in to cover for Attorney Bautista.  Judge made an order to strike the defense's motion due to the failure to appear.  Case was continued.  Defense will need to refile the motion.  Defendant logged back into the hearing at 10:30 and was advised that the case had been continued.

    MOTION HEARING.

        Date: 10/27/2021

        Time: 10:00 a.m.

        Before Judge: SHAUNA L KERR

        This hearing will not take place at the courthouse. It will be conducted remotely.

        Contact the court to provide your current email address.

        If you do not have access to a phone or other electronic device to appear remotely, notify the court.

09-29-2021   MOTION HEARING scheduled on October 27, 2021 at 10:00 AM in SUMMIT CTY COURTROOM with Judge SHAUNA L KERR

09-30-2021   Filed order: CONTINUANCE
           Judge SHAUNA L KERR
           Signed September 30, 2021

09-30-2021   Filed: Return of Electronic Notification

10-06-2021   Minute Entry - HEARING

        Judge: SHAUNA L KERR

    PRESENT

        Clerk: jenniep

        Prosecutor: SCOTT FISHER

        Defendant Present

        Defendant's Attorney(s): RUDY BAUTISTA

        Audio

        Tape Count: 4:10

    HEARING

        TIME: 4:11 PM Prosecutor Scott Fisher, Attorney Rudy Bautista and the defendant appeared via webex.  Judge requested the hearing to discuss the discovery issues. Judge orders that the Prosecutor provide body cam and police reports as copy 2.  Judge requests another webex hearing on Friday October 8th at 8:30 am and would like Attorney Peterson to be on the meeting as well to obtain the location of copy 1.

10-07-2021   Filed order: HEARING
           Judge SHAUNA L KERR

|   |   |
|---|---|
|   | Signed October 07, 2021 |
| 10-08-2021 | Filed: Return of Electronic Notification |
| 10-08-2021 | Note: Def called for link for court this morning. He is travelling to Moab today. |
| 10-08-2021 | Minute Entry - HEARING<br>    Judge: SHAUNA L KERR<br>PRESENT<br>    Clerk: jenniep<br>    Prosecutor: SCOTT FISHER<br>    Defendant Present<br>    Defendant's Attorney(s): RUDY BAUTISTA<br>    Audio<br>    Tape Count: 8:59<br>HEARING<br>    TIME: 9:00 AM Prosecutor Scott Fisher, Attorney Rudy Bautista, Attorney Jessica Peterson and Defendant Michael Franchek appeared via webex.  Attorney Peterson has no physical copy of the protected information.  It is in her inbox.  She will forward it to Attorney Bautista and CC Prosecutor Fisher.  Order from the court Attorney Bautista will pick up the discovery that is on a thumb drive from Attorney Peterson.  To be picked up by Monday at noon. |
| 10-08-2021 | Filed order: HEARING<br>    Judge SHAUNA L KERR<br>    Signed October 08, 2021 |
| 10-08-2021 | Filed: Return of Electronic Notification |
| 10-27-2021 | Filed: Motion to Suppress Evidence Due to Illegal Seizure<br>    Filed by: MICHAEL FRANCHEK |
| 10-27-2021 | Filed: Return of Electronic Notification |
| 10-27-2021 | SUPPRESSION HEARING scheduled on December 15, 2021 at 01:00 PM with Judge SHAUNA L KERR |
| 10-27-2021 | Minute Entry - HEARING<br>    Judge: SHAUNA L KERR<br>PRESENT<br>    Clerk: jenniep<br>    Prosecutor: SCOTT FISHER<br>    Defendant Present<br>    Defendant's Attorney(s): BAUTISTA, RUDY<br>    Audio<br>HEARING<br>    TIME: 10:00 AM All parties present for webex hearing. Motion to suppress was filed this morning from Defense. Suppression hearing December 15th at 1:00 pm.  If Prosecution files a response it is to be to the court prior to December 1st.<br>SUPPRESSION HEARING is scheduled.<br>    Date: 12/15/2021<br>    Time: 01:00 p.m.<br>    Before Judge: SHAUNA L KERR<br>    This hearing will not take place at the courthouse. It will be conducted remotely.<br>    Contact the court to provide your current email address.<br>    If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 10-27-2021 | Filed order: HEARING<br>    Judge SHAUNA L KERR |

| Date | Entry |
|---|---|
| | Signed October 27, 2021 |
| 10-27-2021 | Filed: Return of Electronic Notification |
| 11-05-2021 | Filed: Other - Not Signed Order (Proposed) Proposed Order |
| 11-05-2021 | Filed: Return of Electronic Notification |
| 11-30-2021 | Filed: Motion Response to Defense Motion to Suppress<br>Filed by: SALT LAKE CITY |
| 11-30-2021 | Filed: Order (Proposed) For Denial of Defense Motion to Suppress |
| 11-30-2021 | Filed: Return of Electronic Notification |
| 12-15-2021 | Minute Entry - SUPPRESSION HEARING<br>Judge: SHAUNA L KERR<br>PRESENT<br>Clerk: jenniep<br>Prosecutor: SCOTT FISHER<br>Defendant Present<br>Defendant's Attorney(s): RUDY BAUTISTA<br>Audio<br>HEARING<br>TIME: 1:00 PM TIME 1:00 PM Exclusionary rule invoked by Attorney Bautista<br>All witnesses sworn. Witnesses moved into breakout session except case manager.<br>TIME: 1:12 PM City calls first witness Officer James Rodrigues. Direct exam<br>TIME: 1:45 PM Cross exam<br>TIME: 1:58 PM Discussion re: Protective Order and questioning in this Suppression Hearing. Court ruled that this hearing will continue with witness testimony but will be continued to allow for briefing of Protective Order issues and supplemental briefing based upon the evidence provided today<br>TIME: 2:04 PM Redirect by City<br>TIME: 2:07 PM City calls second witness Officer Craig Proctor. Direct exam<br>TIME: 2:26 PM Cross exam<br>TIME: 2:33 PM City calls third witness Officer Cameron Thor. Direct exam<br>TIME: 2:52 PM Cross exam.<br><br>Case is continued to allow Defense to prepare a transcript of this hearing and for supplemental briefing of this Suppression Motion based upon today s testimony and to address the Protective Order issue. February 16th, 2022 at 1:00 pm.<br>SUPPRESSION HEARING.<br>Date: 02/16/2022<br>Time: 01:00 p.m.<br>Before Judge: SHAUNA L KERR<br>This hearing will not take place at the courthouse. It will be conducted remotely.<br>Contact the court to provide your current email address.<br>If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 12-15-2021 | SUPPRESSION HEARING scheduled on February 16, 2022 at 01:00 PM with Judge SHAUNA L KERR |
| 12-15-2021 | Filed: Return of Electronic Notification |
| 12-21-2021 | Filed order: SUPPRESSION HEARING<br>Judge SHAUNA L KERR<br>Signed December 21, 2021 |
| 12-22-2021 | Filed: Return of Electronic Notification |

| Date | Entry |
|---|---|
| 01-28-2022 | Filed: Motion to Reset or Continue<br>    Filed by: SALT LAKE CITY |
| 01-28-2022 | Filed: Order (Proposed) to Reset or Continue |
| 01-28-2022 | Filed: Return of Electronic Notification |
| 02-10-2022 | Filed: Correspondence from counsel indicating that he will not be filing a supplemental brief.  Case will proceed to oral arguments. |
| 02-10-2022 | Filed: Return of Electronic Notification |
| 02-11-2022 | Filed: Other - Not Signed Order (Proposed) to Reset or Continue |
| 02-11-2022 | Filed: Return of Electronic Notification |
| 02-16-2022 | PRETRIAL CONFERENCE-JURY scheduled on May 02, 2022 at 10:30 AM with Judge SHAUNA L KERR |
| 02-16-2022 | TRIAL-JURY scheduled on May 20, 2022 at 08:30 AM with Judge SHAUNA L KERR |
| 02-16-2022 | Minute Entry - SUPPRESSION HEARING<br>    Judge: SHAUNA L KERR<br>PRESENT<br>    Clerk: jenniep<br>    Prosecutor: SCOTT FISHER<br>    Defendant Present<br>    Defendant's Attorney(s): BAUTISTA, RUDY<br>    Audio<br>HEARING<br>    TIME: 1:03 PM Parties appeared via webex for a continuation of the suppression hearing.<br>    TIME: 1:05 PM Defense to withdrawl motion to suppress, Judge granted motion<br>    Jury trial to be set on Friday May 20th, 2022, Final prejury trial conference on Monday May 2nd, 2022 at 10:30 am.<br>PRETRIAL CONFERENCE-JURY is scheduled.<br>    Date: 05/02/2022<br>    Time: 10:30 a.m.<br>    Before Judge: SHAUNA L KERR<br>TRIAL-JURY is scheduled.<br>    Date: 05/20/2022<br>    Time: 08:30 a.m.<br>    Before Judge: SHAUNA L KERR<br>    This hearing will not take place at the courthouse. It will be conducted remotely.<br>    Contact the court to provide your current email address.<br>    If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 02-16-2022 | Filed: Return of Electronic Notification |
| 02-17-2022 | Filed order: SUPPRESSION HEARING<br>    Judge SHAUNA L KERR<br>    Signed February 17, 2022 |
| 02-18-2022 | Filed: Return of Electronic Notification |
| 02-22-2022 | Filed: Other - Not Signed Order (Proposed) For Denial of Defense Motion to Suppress |
| 02-22-2022 | Filed: Return of Electronic Notification |