# Exhibit B

The Order of the Court is stated below:
Dated: February 17, 2022       /s/ SHAUNA L KERR
09:04:05 AM                    Justice Court Judge

SUMMIT COUNTY JUSTICE COURT
SUMMIT COUNTY, STATE OF UTAH

| SALT LAKE CITY, | MINUTES |
| --- | --- |
| Plaintiff, | SUPPRESSION HEARING |
| | NOTICE |
| vs. | Case No: 201200366 MO |
| MICHAEL FRANCHEK, | Judge: SHAUNA L KERR |
| Defendant. | Date: February 16, 2022 |

**PRESENT**

    Clerk: jenniep

    Prosecutor: SCOTT FISHER

    Defendant Present

    Defendant's Attorney(s): BAUTISTA, RUDY

**DEFENDANT INFORMATION**

    Date of birth: August 29, 1964

    Audio

**CHARGES**

    1. INTERFERENCE WITH ARRESTING OFFICER - Class B Misdemeanor

    2. FAILURE TO DISCLOSE IDENTITY - Class B Misdemeanor

    3. DISORDERLY CONDUCT - Infraction

**HEARING**

    TIME: 1:03 PM Parties appeared via webex for a continuation of the suppression hearing.

    TIME: 1:05 PM Defense to withdrawl motion to suppress, Judge granted motion

    Jury trial to be set on Friday May 20th, 2022, Final prejury trial conference on Monday May 2nd, 2022 at 10:30 am.

**PRETRIAL CONFERENCE-JURY is scheduled.**

    Date: 05/02/2022

    Time: 10:30 a.m.

Before Judge: SHAUNA L KERR

**TRIAL-JURY is scheduled.**

    Date: 05/20/2022

    Time: 08:30 a.m.

    Before Judge: SHAUNA L KERR

    This hearing will not take place at the courthouse. It will be conducted remotely.

    Contact the court to provide your current email address.

    If you do not have access to a phone or other electronic device to appear remotely, notify the court.

    For up-to-date information on court operations during the COVID-19 pandemic, please visit: https://www.utcourts.gov/alerts/

**Individuals needing special accommodations (including auxiliary communicative aids and services) should call at three days prior to the hearing.  For TTY service call Utah Relay at 800-346-4128. The general information phone number is (435) 615 3800.**

**End Of Order - Signature at the Top of the First Page**

## CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 201200366 by the method and on the date specified.

EMAIL: MICHAEL FRANCHEK michaeljfranchek@gmail.com

EMAIL: SCOTT FISHER sfisher@slco.org

EMAIL: RUDY BAUTISTA RUDY@BOSLAW.COM

EMAIL: PAIGE WILLIAMSON PWILLIAMSON@SLCO.ORG

Date: 02/17/22          /s/ JENNIE PYPER

                              Signature