HEATHER S. WHITE (7674)
BRYSON R. BROWN (14146)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
hsw@scmlaw.com
dnc@scmlaw.com
bb@scmlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL J. FRANCHEK, and MINOR CHILD J.F.,<br><br>Plaintiffs,<br><br>vs.<br><br>PARK CITY UTAH MUNICIPAL CORPORATION, OFC. JAMES RODRIGUES, SGT. CAMERON THOR, OFC. CRAIG PROCTOR, OFC. KELTSEY WARE,<br><br>Defendants. | **STATUS UPDATE**<br><br>Case No. 2:21CV563 DBP<br><br>Judge<br>Magistrate Dustin B. Pead |

On December 29, 2021, the Court issued a "Ruling and Order"[1], which among other things stayed Michael Franchek's claims against Defendants pending termination of a Utah state criminal case – *State v. Franchek*, case no. 201200399, Summit County, State of Utah – involving Mr. Franchek.[2] The Court also ordered to Defendants to update the Court on the status

---

[1] Dkt. no. 14.
[2] Id.

of the criminal case no later June 1, 2022. Pursuant to that order, Defendants provide the following update. According to the docket in the criminal case, which Defendants last checked on the afternoon of May 31, 2022, the criminal case remains ongoing. The trial orignailly scheduled for May 20, 2022 was postponed. The Court, District Attorney, Witnesses and Defendant are working to reschedule the trial. It is anticipated that the trial will take place in September 2022.

DATED this 1st day of June, 2022.

SNOW CHRISTENSEN & MARTINEAU

*/s/ Heather S. White*
Heather S. White
Bryson R. Brown
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2022, I electronically filed the foregoing **STATUS UPDATE** with the Clerk of the Court using the CM/ECF System served a true and correct copy *via email* to the following:

> Michael J. Franchek
> 2100 Park Ave. #682822
> Park City, UT 84068
> michaeljfranchek@gmail.com
> *Plaintiff – Pro Se*

<em>/s/ Annette Gamero</em>