HEATHER S. WHITE (7674)
BRYSON R. BROWN (14146)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
hsw@scmlaw.com
dnc@scmlaw.com
bb@scmlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL J. FRANCHEK, and MINOR CHILD J.F., <br><br> Plaintiffs, <br><br> vs. <br><br> PARK CITY UTAH MUNICIPAL CORPORATION, OFC. JAMES RODRIGUES, SGT. CAMERON THOR, OFC. CRAIG PROCTOR, OFC. KELTSEY WARE, <br><br> Defendants. | **STATUS UPDATE** <br><br> Case No. 2:21CV563 DBP <br><br> Judge <br> Magistrate Dustin B. Pead |

On December 29, 2021, the Court issued a "Ruling and Order"[1], which among other things stayed Michael Franchek's claims against Defendants pending termination of a Utah state criminal case – *State v. Franchek*, case no. 201200399, Summit County, State of Utah –

---

[1] Dkt. no. 14.

involving Mr. Franchek.[2] The Court has ordered the Defendants to update the Court on the status of the criminal case.

According to information received form the prosecuting attorney, Mr. Franchek was charged in a second criminal case. Both criminal cases against Mr. Franchek remain ongoing with the a pre-trial conference held today, March 8, 2023. Attempts for a potential global resolution of the criminal charges in both criminal cases have failed and the Court has set a new trial date of June 15-June 16, 2023. Defendants request that the case remain stayed until a full and final resolution of the criminal case forming the basis for this action is achieved.

DATED this 8th day of March, 2023.

SNOW CHRISTENSEN & MARTINEAU

*/s/ Heather S. White*
Heather S. White
Bryson R. Brown
*Attorneys for Defendants*

---

[2] Id.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March, 2023, I electronically filed the foregoing **STATUS UPDATE** with the Clerk of the Court using the CM/ECF System served a true and correct copy *via email* to the following:

>Michael J. Franchek
>2100 Park Ave. #682822
>Park City, UT 84068
>michaeljfranchek@gmail.com
>*Plaintiff – Pro Se*

/s/ Annette Gamero