HEATHER S. WHITE (7674)
SPENCER FANE LLP
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
hwhite@spencerfane.com

*Attorneys for Defendants*

---

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | |
|---|---|
| MICHAEL J. FRANCHEK, and MINOR CHILD J.F., <br><br> Plaintiffs, <br><br> vs. <br><br> PARK CITY UTAH MUNICIPAL CORPORATION, OFC. JAMES RODRIGUES, SGT. CAMERON THOR, OFC. CRAIG PROCTOR, OFC. KELTSEY WARE, <br><br> Defendants. | **STATUS UPDATE** <br><br><br> Case No. 2:21CV563 DBP <br><br> Magistrate Judge Dustin B. Pead |

On December 29, 2021, the Court issued a "Ruling and Order"[1], which among other things stayed Michael Franchek's claims against Defendants pending termination of a Utah state criminal case – *State v. Franchek*, case no. 201200399, Summit County, State of Utah – involving Mr. Franchek.[2] The Court has ordered the Defendants to update the Court on the status of the criminal case.

---

[1] Dkt. no. 14.
[2] Id.

Trial proceeded in the criminal matter on January 18, 2024. After the prosecution rested, a mistrial was granted due to juror misconduct. The case has not been rescheduled yet and no new trial date is set.

Defendants request that the case remain stayed until a full and final resolution of the criminal case forming the basis for this action is achieved.

DATED this 26th day of April, 2024.

        SPENCER FANE LLP

        */s/ Heather S. White*
        Heather S. White
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2024, I electronically filed the foregoing **STATUS UPDATE** with the Clerk of the Court using the CM/ECF System served a true and correct copy *via email* to the following:

>Michael J. Franchek
>2100 Park Ave. #682822
>Park City, UT 84068
>michaeljfranchek@gmail.com
>>*Plaintiff – Pro Se*

/s/ Annette Gamero